UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00471-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| RYANNA LYNN PATIN, | |

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is hereby directed to seal the proposed sealed document – Sentencing Memorandum. Copies of this Order as well as the Motion to Seal and the Sentencing Memorandum shall remain sealed and shall be distributed only to counsel of the above-named defendant and counsel for the Government.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this 6th day of December, 2021.

JAMES C. DEVER III
United States District Judge

1