IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-471-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RYANNA LYNN PATIN, ) | |
| ) | |
| Defendant. ) | |

The court CONTINUES the sentencing of Ryanna Lynn Patin to this court's February 2022 term of court due to issues arising from COVID-19.

SO ORDERED. This 18 day of January, 2022.

JAMES C DEVER III
United States District Judge